IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

STANLEY LEE HAYWARD,       )
                           )
    Petitioner,            )
                           )
v.                         )   CASE NOS. CV416-111
                           )             CR408-203
UNITED STATES OF AMERICA,  )
                           )
    Respondent.            )
                           )

# O R D E R

Before the Court is the Magistrate Judge's Report and Recommendations (Doc. 11), to which objections have been filed (Doc. 14). After a careful de novo review of the record, the Court concludes that Petitioner's objections are without merit. Accordingly, the Reports and Recommendations are **ADOPTED** as the Court's opinion in this case. As a result, Petitioner's 28 U.S.C. § 2255 Petition is **DENIED**. In addition, Petitioner is not entitled to a Certificate of Appealability, rendering moot any request for in forma pauperis status on appeal. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 26th day of October 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA